IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| INDIA TAYLOR, | : |
| Plaintiff, | : |
| v. | : Case No. 3:05-cv-00378TSL-AGN |
| COASTAL PACKAGE CARRIERS OF MS, INC.; DHL EXPRESS (USA), INC.; AND JEFFREY SAMUEL, | : |
| Defendant. | : |

## ORDER OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT DHL EXPRESS (USA), INC.

HAVING CONSIDERED the Stipulation of Dismissal with Prejudice submitted by the Plaintiff and the Defendant DHL Express (USA), Inc. ("DHL"), IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety against Defendant DHL, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party will bear its own attorneys' fees and costs.

SO ORDERED this 7th day of December, 2005.

_____
Judge, United States District Court

Atlanta 963935.1