# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| **INDIA TAYLOR** : | |
| **Plaintiff,** : | |
| v. : | Case No. 3:05-cv-00378 |
| : | |
| **COASTAL PACKAGE CARRIERS OF** : | |
| **MS, INC.; DHL EXPRESS, INC., AND** : | |
| **JEFFREY SAMUEL,** : | |
| **Defendants** : | |

## DEFAULT JUDGMENT

This action came on for hearing on Motion for Default Judgment before the Court, Honorable Tom S. Lee, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged that the Plaintiff, India Taylor, is granted a Default Judgment against the Defendants, Coastal Package Carriers of Mississippi and Jeffrey Samuel, jointly and severally, in the amount of $17,028.00 in lost wages, and $50,000.00 for mental and emotional distress, for the sum of $67,028.00, together with interest thereon at the rate of 8% as provided by law, and her costs of bringing this action.

So Ordered and Adjudged, this the 28th day of July, 2006.

/s/ Tom S. Lee
DISTRICT JUDGE

PREPARED BY:

/s/ Michael E. Robinson
MICHAEL E. ROBINSON (MSB# 10746)
ATTORNEY FOR INDIA TAYLOR