IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**INDIA TAYLOR**                                                                 **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 3:05cv378 TSL-JCS**

**COASTAL PACKAGE CARRIERS OF**
**MISSISSIPPI, INC., et al.**                                        **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States magistrate judge entered in this cause on August 17, 2007, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed without prejudice due to plaintiff's failure to prosecute.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described action be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 5th of September, 2007.

                                              /s/Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE